AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | | |
|---|---|---|
| Darren R. Vasaturo | ) | |
| *Plaintiff/Petitioner* | ) | |
| v. | ) | Civil Action No. |
| Named officials of the CIA, DOS, and DOJ, etc. | ) | |
| *Defendant/Respondent* | ) | |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:
I am a freelance translator in Japan, and work from my office at home or a cafe.  Please refer to the attached sheets for additional information.

My gross pay or wages are:  $ _____74,050.00_ , and my take-home pay or wages are:  $ _____31,026.00_ per

*(specify pay period)* _____2014_____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☑ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts, or inheritances | ☑ Yes | ☐ No |
| (f) Any other sources | ☐ Yes | ☑ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

I received an inheritance of $5,000 from my father's estate through my sister.
At present, I have no expectations of receiving any further funds.



AO 240  (Rev  07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:  $ _____ 5,000.00 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

I own no real estate, motor vehicles, or financial instruments whatsoever, or art works with a high monetary value. The most valuable possession I own is my standard-length primary shakuhachi (bought for approximately $4,000), which is a Japanese bamboo flute that was developed as a Zen Buddhist meditation and breathing implement. In that respect, it is a religious implement. I have been studying the solo and ensemble pieces for approximately 14 years, and to the extent that I am religious, Zen Buddhism is what I practice. The solo pieces are Zen meditation pieces, while the ensemble pieces were composed by blind Buddhist monks addressing themes in Japanese tradition and history.

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

I live in a modest two-bedroom, rent-subsidized apartment with my wife and two children. The rent, including a monthly service fee of 10,000 yen, comes to 109,700 yen (after @30,000 yen subsidy), which is approximately $892 at the current exchange rate of approximately 123 yen per dollar.
We  rent a small storage space: 17,300 yen/month (@$141)
Our average monthly utilities cost, including mobile phones, is approximately 40,000 yen (@$325)
Our health insurance is approximately 600,000 yen per year (@$4,878), and social security 360,000 (@$2,926)

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

Immediate family:
Yasuko Nagano (wife), Rentaro Vasaturo (son, four-years old), Yuna Vasaturo (daughter, two-years old)
Extended family:
Tomoe Nagano (mother-in-law (widowed)), Hiroshi Nagano (disabled brother-in-law)
I provide approximately 60,000 yen (@$488) per month in support to my extended family here in Japan.

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

I defaulted on my student loans after finishing classes in 1993 and submitting a graduation thesis in December of 1994 due to unstable income before leaving for Korea to teach English, then to Japan. When I'd managed to stabilize my income and inquired about paying the loans off, I learned that the approximately $10,000 in loans I owed at the time of defaulting had been sold to a collection agency, which was demanding approximately $40,000 in 2001, I believe. I then lost my stable job and moved, and have not looked into the loans since, and would probably be shocked at the amount. I did stipulate the condition that my student loans would have to be cleared in my application to the CIA.

*Declaration:*  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: _____07/23/2015_____

_____
*Applicant's signature*

_____Darren R. Vasaturo_____
*Printed name*

Additional Statement on Finances, etc., for Appending to Application to

Proceed in District Court without Prepaying Fees or Costs

The reasons I'm compelled to submit this petition for waiver of fees

would seem to call for some elaboration, in light of the nature of the case set

forth in the Complaint.

First, it is not the $400 filing fee that poses a potential hardship to

me, but untenable costs associated with the need to issue summons to the

numerous Defendants being sued in their respective capacity as individuals,

as opposed to officials acting in their official capacity.

Some of the suspected covert CIA officers against whom allegations

are made in the Complaint travel frequently and maintain residences in

more than one country. Even though I am aware that several of the

Defendants named as individuals appear to reside in the Tokyo area, I do not

know their respective addresses or places of work, with the exception of

Schaeffer's place of work, as I believe he is still stationed as the Political



Officer at the American Embassy in Tokyo.

With regard to the substance of the Complaint, I have made numerous attempts over the years to seek redress through official channels that an average college-educated American might conceive of in such a situation. In retrospect, seeing that suspected CIA officers Paquette and Peterka have apparently been disciplined and, after having completely dropped out of sight on the Internet, which is the only 'radar' available to Plaintiff, they have resurfaced in Seattle and Kansas, respectively, teaching at universities, etc. In fact, though I haven't revealed the following on the blog, Peterka changed the name of his original Facebook account—to which I'd sent a message in 2007 accusing him of being a CIA officer—to "Steve Lattice".

https://www.facebook.com/profile.php?id=1236421&fref=ts

Furthermore, the information related to Peterka and the "University of Kansas" is currently the following, and seems to indicate that he may have changed his name to "Mira" in that context:

https://www.math.ku.edu/research/seminars/2015/spring/20150202.html

https://www.math.ku.edu/people/faculty.html

https://www.math.ku.edu/research/seminars/2013/spring/20130225.html

http://www.math.ku.edu/people/faculty/mpeterka.html (no photo of "Mira")

https://www.math.ksu.edu/events/conference/gpots2014/Program.html

(photo of Sasha as "Sasha")

http://web.archive.org/web/20150703180025/https://www.math.ksu.edu/events/conference/gpots2014/Peterka.jpg (I archived the photo (the only under his

real name) today (I archived the webpage last year)

http://seminarios.impa.br/visualizar?id=5571

http://mtm.ufsc.br/~alcides/seminario/index.html?Codigo=B

One final example, Douglass lists his residence as Kyoto on his Facebook

page, but is now running a website (with another CIA officer discussed on

the blog that is not a Defendant) that has a phone number in Jacksonville,

Florida. I did see Douglass in Kyoto approximately two months ago.

https://www.facebook.com/dan.douglass.946?fref=ts

http://deepenglish.com/about/


The CIA has unlimited resources at their disposal to move their

covert officers, etc., around, etc., Plaintiff has extremely limited resources,
and cannot track down such rogue CIA officers and bring them to account on
his own. Plaintiff has literally exhausted himself in pursuing the instant
case this far, studying relevant case law, etc., to be able to file this
Complaint.

As an American living in Japan married to a Japanese woman and
having two children, it would simply be impossible to pursue the allegations
set forth in this Complaint through the judiciary without being
independently wealthy, as one would have to hire a team of attorneys and
private detectives.

The task of tracking down either of the first two of the above-listed
Defendants with the aim of serving them summons would more than exhaust
my resources. There are approximately twenty CIA officers named as
Defendants in the Complaint, some of whom are not searchable on the
Internet.

I have attempted to retain representation on a *pro bono* basis, but have not been successful, and in retrospect, it would not be reasonable for an attorney to take on a case such as the instant case in light of the same problem described above regarding the issue of summons. For the record, aside from contacting the American Civil Liberties Union early on, most recently I attempted to interest Mr. Brian Leighton (attorney for the plaintiff in Horn vs. Huddle case cited in Complaint) in the instant case, but he replied that he did not have the resources to take on another pro bono case. Plaintiff also notes that one of the Defendants, Kappelhoff, was associated with the ACLU sometime before joining the Department of Justice.

Even if pursued on a pro se basis, living in Japan, it would consume tens of thousands of dollars just to track down and serve summons to the rogue CIA officers residing in the USA, and prevent me from working and caring for my family.

Moreover, as shown in emails to be provided as evidence, CIA officers such as Roughan have attempted to intimidate and threaten

Plaintiff—instead of, for example, filing a civil action against Plaintiff for

defamation—insisting that Plaintiff remove allegations about him posted on

Plaintiff's blog, going so far as to impersonate Plaintiff in making comments

using Plaintiff's real name on Plaintiff's blog, all the while accusing Plaintiff

of being schizophrenic or the like. Plaintiff has legitimate concerns for his

safety were he to attempt to serve such individuals, assuming that he could

first track them down (in the world's most populous and sprawling

metropolis several hundred miles away from Plaintiff's residence) and

arrange to physically serve them with a summons. And that would only

account for several of the individuals listed as Defendants.

Plaintiff has to provide for his family, and cannot reasonably be

expected to serve summons to the well-funded globally mobile group of CIA

officers listed as Defendants.

Attention should be drawn to the fact that the Executive Branch of

the US government could preemptively consider using the above-described

circumstance in order to evade scrutiny of alleged misconduct of its agents

and officers by the Judicial Branch, knowing full well that a plaintiff such as

me would simply not be capable of serving summons to CIA officers that have

violated his rights protected by the US Constitution. That would be patently

unacceptable in light of the gravity of the Constitutional questions at issue

in the Complaint, including the Plaintiff's right to seek redress before the

Judicial Branch for violations by federal officials of his rights protected by

the US Constitution. Accordingly, I humbly requests that this petition

requesting to proceed without paying fees to be granted.

Note that I do not intend to pursue claims related to any allegation

against individual that are listed as CIA officer Defendants should it be

revealed through *in camera* pre-trial proceedings or the like that any such

individuals are not CIA officers or proxies thereof (including officials of any

other federal agency). I do not expect any such individuals to be found on the

list of Defendants; however, I would strike any the names from the list of any

such individuals listed as Defendants. I have purposely left the list shorter

than it could have been, leaving of at least one Japanese national who is an

attorney for a large law firm in Tokyo and on the bar in the state of New York,

focusing only on the incidents and offenders that seem to have the most direct import with respect to the law as well as those prolonging the ongoing conspiracy. Furthermore, I'm not sure whether Congresswoman Lee and her staffer actually belong as Defendants, but assume that if I am to seek declaratory relief regarding the reporting issues with respect to which the congresswoman's staff failed miserably, I have assume they should be added.

Finally, I should note that my gross income has been reduced by more than half since March of this year, as the company I freelance for appears to have been forced to adopt a strategy of handling more of the work the outsourced to me in-house due to the economic situation in Japan. I am therefore preoccupied with setting up a minimal company (targeting January 2016 as launch date) myself so that I can contract directly with international agencies and corporate clients. Meanwhile, my wife, having passed the highest level architectural license test last year, has secured contract-based employment with the Prefectural government for a few days a week. At this point in time, our gross income compared in 2015 is projected to amount to about a half of what it was in 2014. Accordingly, I would like to

request in advance, assuming that this case is accepted, that technologies

such as video conferencing and the like be used to the maximum extent

possible.

request in advance, assuming that this case is accepted, that technologies

such as video conferencing and the like be used to the maximum extent

possible.

Respectfully Submitted,

Darren R. Vasaturo

Dated: July 24, 2015